UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE GOLDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No.: 1:17-cv-01174 - LJO - JLT<br><br>ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND CONTINUING THE SCHEDULING CONFERENCE TO JANUARY 19, 2018<br><br>(Doc. 6) |

On October 12, 2017, the parties filed a joint stipulation for an extension of thirty-one days for Home Depot U.S.A., Inc. to file a response to Plaintiff's complaint, indicating the defendant's response—which the parties indicate is an anticipated motion to dismiss—would be due November 30, 2017. (Doc. 6 at 2)

Pursuant to Local Rule 144(a), the parties may stipulation to an extension of time "no more than twenty-eight (28) to respond to a complaint … without approval of the Court if the extension is signed on behalf of all parties who have appeared in the action and are affected by the stipulation." Any further extensions "must be approved by the Court." *Id.* Accordingly, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED**;
2. Defendant **SHALL** file its response to the complaint, whether an answer or a motion to dismiss, **no later than November 30, 2017**;
3. Any opposition to a motion to dismiss **SHALL** be filed in compliance with the

1

timeframe set forth by Local Rule 230; and

4. The Scheduling Conference is CONTINUED to **January 19, 2018** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **October 12, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE