# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE GOLDEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant. | Case No.: 1:17-cv-01174 - LJO - JLT<br><br>ORDER CLOSING THE ACTION<br><br>(Doc. 17) |

The plaintiff has filed a request to dismiss the matter. (Doc.17) The stipulation relies on Fed. R. Civ.P. 41, which makes the dismissal effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). This dismissal is without prejudice to the class. Therefore, the Clerk of the Court is DIRECTED to close this action in light of the stipulation dismissing the action.

IT IS SO ORDERED.

Dated: __**January 4, 2018**__        **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE